UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

CINTAS CORPORATION, a Washington Corporation,

Petitioner,

vs.

JOSEPH E. EDWARDS, RONALD LABRECQUE, MICHAEL MEDEIROS, DANIEL V. SHEEHAN, STEVEN WIEHL, individuals,

Respondents.

Case No.

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PETITION FOR ORDER DIRECTING ARBITRATION TO PROCEED IN THE MANNER PROVIDED FOR IN WRITTEN AGREEMENT FOR ARBITRATION, IN ACCORDANCE WITH THE TERMS OF THE AGREEMENT, PURSUANT TO 9 U.S.C. §4**

STRAUSS, FACTOR, LAING & LYONS
Thomas W. Lyons (#2946)
Lisa A. Pinsonneault (#5979)
222 Richmond Street, Suite 208
Providence, RI 02903
Telephone: 1-401-456-0700
Facsimile: 1-401-421-4730

SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker (CA Bar # 114789)
Michael W. Kelly (CA Bar # 214038)
Joseph A. Meckes (CA Bar # 190279)
One Maritime Plaza, Third Floor
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887

Attorneys for Petitioner
CINTAS CORPORATION

In support of its Petition in the above-captioned matter, petitioner Cintas Corporation ("Cintas") respectfully requests, pursuant to Federal Rule of Evidence 201 and the inherent authority of the Court, that the Court take judicial notice of the following from the records of the action pending in the United States District Court for the Northern District of California entitled Veliz et al v. Cintas Corporation etc., Case No, C-03-01180 (SBA) (N.D.Cal.) (hereinafter "the Northern California Action"):

1. Order filed September 26, 2005 [Docket No. 500 in the Northern California Action], a true and correct copy of which is attached hereto as Exhibit 1;

2. Stipulation - Joint Statement of the Parties in Response to the Court's above-referenced Order [Docket No. 501 in the Northern California Action], a true and correct copy of which is attached hereto as Exhibit 2;

3. Transcript excerpts – [portions of Docket No. 512 in the Northern California Action], a true and correct copy of which is attached hereto as Exhibit 3;

4. Transcript excerpts – [portions of Docket No. 518 in the Northern California Action], a true and correct copy of which is attached hereto as Exhibit 4;

5. Order filed February 14, 2006 [Docket No. 516 in the Northern California Action], a true and correct copy of which is attached hereto as Exhibit 5;

6. Memorandum and Opinion Order filed May 4, 2005 [Docket No. 426 in the Northern California Action], a true and correct copy of which is attached hereto as Exhibit 6.

Dated: March 10, 2006

Respectfully submitted,

STRAUSS, FACTOR, LAING & LYONS

By: [signature]
Thomas W. Lyons #2946

Attorneys for Petitioner
CINTAS CORPORATION



SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492