UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

CINTAS CORPORATION

VS. C.A. NO.: 06-112S

JOSEPH E. EDWARDS, RONALD LABRECQUE, MICHAEL MEDEIROS, DANIEL V. SHEEHAN, STEVEN WIEHL

DISCLOSURE STATEMENT PURSUANT TO FED. R.CIV. P. 7.1

Cintas Corporation is a public company and is listed on the NASDAQ. No publicly held company owns 10% or more of its stock.

CINTAS CORPORATION

Thomas W. Lyons R.I. Bar 2946
Strauss, Factor, Laing & Lyons
222 Richmond Street, Suite 208
Providence, RI 02903
Tel. (401) 456-0700
Fax (401) 421-4730
tlyons@straussfactor.com