RECEIVED
APR 05 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CINTAS CORPORATION

VS. Dkt. No. 06-112S

JOSEPH E. EDWARDS, RONALD LABRECQUE, MICHAEL MEDEIROS, DANIEL V. SHEEHAN and STEVEN WIEHL

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff Cintas Corporation hereby moves that Michael W. Kelly be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Cintas Corporation
Plaintiff
By: Thomas W. Lyons
Bar ID No.: 2946
Strauss, Factor, Laing & Lyons
222 Richmond Street, Suite 208
Providence, RI 02903

DATED: March 27, 2006

## ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

I hereby certify as follows:

(1) I am a member in good standing in the bar of the States of California and Ohio (inactive) and of the following Federal District Court and/or Court of Appeals Bar(s): United States Court of Appeal for the Fifth Circuit; United States Court of Appeals for the Sixth Circuit; United States Court of Appeals for the Ninth Circuit; United States District Court for the Northern District of California; United States District Court for the Eastern District of California; United States District Court for the Southern District of California; United States District Court for the Western District of Texas and United States District Court for the Northern District of Ohio, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

RECEIVED
APR 05 2006
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CINTAS CORPORATION

VS. Dkt. No. 06-112S

JOSEPH E. EDWARDS, RONALD
LABRECQUE, MICHAEL MEDEIROS,
DANIEL V. SHEEHAN and STEVEN WIEHL

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff Cintas Corporation hereby moves that Mark C. Dosker be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Cintas Corporation
Plaintiff
By: Thomas W. Lyons
Bar ID No.: 2946
Strauss, Factor, Laing & Lyons
222 Richmond Street, Suite 208
Providence, RI 02903

DATED: March 27, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing in the bar of the State of California and of the following Federal District Court and/or Court of Appeals Bar(s): United States Supreme Court; United States Court of Appeals, Ninth Circuit; United States Court of Appeals, Federal Circuit; United States Court of Appeals, Second Circuit; United States District Court, Northern District of California; United States District Court, Eastern District of California; United States District Court, Central District of California; United States District Court, Southern District of California; United States Tax Court and United States Court of Federal Claims, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
APR 05 2006
Property of U.S. District Court
District of Rhode Island

CINTAS CORPORATION

VS. Dkt. No. 06-112S

JOSEPH E. EDWARDS, RONALD LABRECQUE, MICHAEL MEDEIROS, DANIEL V. SHEEHAN and STEVEN WIEHL

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff Cintas Corporation hereby moves that Joseph A. Meckes be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Cintas Corporation
Plaintiff
By: Thomas W. Lyons
Bar ID No.: 2946
Strauss, Factor, Laing & Lyons
222 Richmond Street, Suite 208
Providence, RI 02903

DATED: March 27, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing in the bar of the State of California United States Supreme Court and of the following Federal District Court and/or Court of Appeals Bar(s): Ninth Circuit Court of Appeals; Federal Circuit Court of Appeals, United States District Court for the Northern District of California; United States District Court for the Eastern District of California; United States District Court for the Central District of California and United States District Court for the Southern District of California, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TO: Thomas W. Lyons, Esq.
RE: CA 06-112S
Cintas Corp. V. Joseph E. Edwards, et al

## ORDER

I have reviewed your document(s) presented to the Clerk's Office on 4 / 5 / 06 and have made the following determination:

___ I hereby direct the Clerk to file the document(s) in the form in which it was presented to the Court.

✓ Your document(s) are hereby refused and returned to you for the following reason(s):

___ 1. Pleadings, motions, other papers are not signed. (Fed. R. Civ. P. 11(a)) (DRI LR Cv 5(a)(5)) (DRI LR Cr 57(a)(4)).

___ 2. All motions and objections with accompanying memoranda must be filed in triplicate. (original and two copies) (DRI LR Cv 7 (c)).

___ 3. Memorandum of law must accompany all motions and objections, with the exceptions of Motions to Compel and Motions to Extend Time. (DRI LR Cv 7 (a)).

___ 4. New cases must be accompanied by:
a) Civil Cover Sheet (DRI LR Cv 5 (b));
b) Summons (Fed. R. Civ. P. 4(a), (b));
c) Filing fee of $250.00 (28 U.S.C. § 1914) or $5.00 for Petitions for Habeas Corpus filed under 28 U.S.C. § 2254 and 28 U.S.C. § 2241.

___ 5. Papers will not be accepted for filing without Certification of Service. (DRI LR Cv 5.1(a)(1)) (Fed. R .Crim. P. 49).

___ 6. Interrogatories and Answers or Objections thereto (Fed. R. Civ. P. 33), Initial Disclosures, Admissions, and Requests for Production, Responses, and Objections (Fed. R. Civ. P. 26(a), 34, and 36) shall NOT be filed with the Court. A party moving to compel (Fed. R. Civ. P. 37 (a)(2)), shall file all pertinent portions of discovery material with the motion and copies (DRI LR Cv 37(a)).

___ 7. All Checks must be made payable to **Clerk, U.S. District Court**.

_x_ 8. Motion to Appear Pro Hac Vice not in the proper form and/or does not include a check in the amount of $50.00 payable to Federal Board of Bar Examiners. (DRI LR Gen 204(d)).

___ 9. Text of all memoranda in support of motions, objections, and replies shall be double-spaced and typed in at least 12-point font. (DRI LR Cv 7(d)(1) and Cr 47(d)(1)).

___ 10. Other ___

ENTER:
David L Martin
United States Magistrate Judge

Date: 4-5-06

cc: Counsel of Record