**From:** "Bruce Meyerson" <brucemeyerson@msn.com>
**To:** "Ellen Goldsmith" <egoldsmith@altshulerberzon.com>, "Joseph A. Meckes" <jmeckes@ssd.com>, "M. Kelly" <mkelly@ssd.com>, "Mark Dosker" <mdosker@ssd.com>, "Michael Rubin" <mrubin@altshulerberzon.com>, "S. Pepich" <spepich@lerachlaw.com>, "Theresa Traber" <tmt@tvlegal.com>
**Date:** 3/2/2006 3:40:25 AM
**Subject:** Veliz Arbitration

I am confirming our call of yesterday. We agreed to the following:

1. We will proceed with the briefing on the clause construction issue as follows. By April 7 Cintas will either file (1) its own motion regarding clause construction, or (2) a response to Claimant's motion. If Cintas files its own motion, the parties will have up to April 28 in which to file simultaneous response memoranda. If Cintas files a response to Claimant's motion, then Claimant may file a reply memorandum up to and including April 28.
2. We will hold telephonic oral argument on the clause construction issue on May 9 at 9:00 a.m. Pacific Time.
3. Should Claimant desire to file an amended claim, it may seek leave with the Arbitrator to do so through the filing of an appropriate motion.

Please let me know if I have omitted anything. Bruce Meyerson.

Bruce Meyerson

Bruce Meyerson

722 East Osborn Road, Suite 100

Phoenix, Arizona 85014

602-277-4585

602-248-2999 (Facsimile)

brucemeyerson@msn.com

**CC:** "Kelly Taylor" <taylork@adr.org>

**EXHIBIT B**