**From:** "Dosker, Mark C." <MDosker@SSD.com>
**To:** "Michael Rubin" <mrubin@altshulerberzon.com>
**Date:** 3/30/2006 6:54:43 PM
**Subject:** RE: Cintas Petition cases

Dear Michael:

You know very well, both generally and specifically from our prior exchanges, that the point is whom you represent in what.

You represent in Veliz et al v. Cintas, Case No. 03-01180-SBA (N.D. Cal.)("the Veliz action"), those persons who are opt-in plaintiffs in that lawsuit. Other than that, please see my prior responses to your prior e-mails.

Also, I remind you that Judge Armstrong long ago ruled in the Veliz action that "In Kuehner v. Dickinson & Co., 84 F.3d 316, 320 (9th Cir. 1996), the Ninth Circuit held that when an employee agrees to arbitrate, she forfeits any procedural rights arising from the FLSA, while retaining her substantive rights (e.g., the right to obtain substantive relief) in arbitration." Docket No. 426 at page 6.

In your e-mail below you are repeating yourself. Accordingly, I refer you back to my prior answers to the same questions you have previously asked and I have previously answered.

I also observe that late yesterday afternoon, you carried out an inappropriate tactic just as I predicted – in my e-mail to you yesterday afternoon – that you would. This time, however, you did it in front of Arbitrator Meyerson instead of Judge Armstrong. Like Judge Armstrong did previously, yesterday evening Arbitrator Meyerson stopped you.

Silence here as to any other parts of your e-mail below is neither agreement with them, nor acquiescence in them.

Very truly yours,

Mark

Mark C. Dosker

---

From: Michael Rubin [mailto:mrubin@altshulerberzon.com]
Sent: Thursday, March 30, 2006 4:18 PM
To: Dosker, Mark C.
Cc: spepich@lerachlaw.com; jimc@lerachlaw.com; Theresa Traber; Eileen Goldsmith
Subject: RE: Cintas Petition cases

Dear Mark:

**EXHIBIT C**

In response to your question, yes, of course we represent the individuals whom Cintas has recently sued. Each of those individuals is a Veliz plaintiff. Each of those Veliz plaintiffs filed an individual consent to sue in the federal court litigation, and received a court-approved notice informing them that upon filing a Consent to Sue their claims would proceed in litigation, in arbitration, or both, with plaintiffs' counsel as their attorneys. In fact, we understand that your law firm has been informing individuals who call the local telephone number on your pleadings to ask why they have been sued, that they should contact our offices in California because we are their attorneys.

Whether or not you agree that the Veliz plaintiffs are our clients, however, we do not understand how you can possibly justify your continued refusal to extend the common professional courtesy of providing us with the basic facts and documents concerning your lawsuits against those individuals. We repeat the simple request that we have made twice before. Please tell us which of the Veliz plaintiffs you have sued, in which courts, on which dates, and whether you served them by mail or by personal service. Please also give us courtesy copies of the pleadings that you filed in those matters.

Thank you.

Michael Rubin

---

From: Dosker, Mark C. [mailto:MDosker@SSD.com]
Sent: Wednesday, March 29, 2006 5:06 PM
To: Michael Rubin
Cc: jimc@lerachlaw.com; Eileen Goldsmith; spepich@lerachlaw.com; Theresa Traber; Meckes, Joseph A.; Kelly, Michael W.
Subject: RE: Cintas Petition cases

Dear Michael:

I am writing in response to your e-mail late Monday afternoon. Please see again my response to you by e-mail earlier Monday afternoon. Since you have not told us that you represent any of the Respondents in the Petition cases, when we asked you that as we did on Monday afternoon, we can only assume that you do not represent any of the Respondents in those cases.

I add a few further observations here, for important context.

You have a long history of tactics in the Veliz action of attempting various kinds of motions to try and avoid the effect of the enforceable

agreements into which the relevant persons entered. Judge Armstrong was very specific in her statements on the record at the most recent hearings in the Veliz action, and adopted them as part of her February 14, 2006 Order. Those statements by the Court included that: the arguments you made on such motion in the Veliz action were without any basis in fact or law and that you had no statutory or case authorities or even factual support for your motion, and that you had no answer - as to why you were disregarding what each of the relevant persons had agreed to in his or her enforceable arbitration agreement – other than the strategic desire of yours to have all such persons in one location. [See, e.g., Docket No. 512 at 14:15-19, 16:15-17, 97:9-17; and Docket No 518 at 4:3-14, 7:5-10 and 25:2-28:24].

We also note that you (or at least your co-counsel at the Lerach firm) have been continuously stating to the public -- since very shortly after we first told you about the Petition cases -- that the Petitions "are legally baseless and procedurally improper". Incredibly, that statement comes after not only Judge Armstrong's rulings as noted above, but also after your own previous submissions to the Court stating that Cintas could bring such petitions if the Court ruled as the Court has subsequently in fact ruled.

Now, after we have given you -- as a courtesy -- all the information that we have given you about the Petition cases both last week and earlier this week, and after we given you - as a courtesy -- the text of all the substantive papers in the Petition cases and we have told you - as a courtesy -- that you have (and long have had) the substantive exhibits to those papers, you are asking again for us to prepare and give you "courtesy" separate copy sets of all the papers in each of the separate Petition cases.

Under all the circumstances and context, only some of which are touched on here, we can think of no reason for your renewed request other than that you are likely trying to expedite some effort to attempt some new inappropriate tactic and because in doing so you do not want to invest the effort needed to pull records from the public files of the courts.

All that said, however, the offer I made in my e-mail earlier Monday afternoon still stands.

And lastly, please note that it is not "obviously" (your word below) so that you represent any persons in arbitration proceedings before the Honorable Bruce Meyerson just because such persons filed a Consent-to-Sue form in the Veliz action. To the contrary, neither the Consent-to-Sue forms in the Veliz action nor the underlying facilitated notice Order in the Veliz action nor the FLSA so provides, and on this

point the California Business and Professions Code is the law.

Very truly yours,

Mark

Mark C. Dosker

---

From: Michael Rubin [mailto:mrubin@altshulerberzon.com]
Sent: Mon 3/27/2006 5:07 PM
To: Dosker, Mark C.
Cc: jimc@lerachlaw.com; Eileen Goldsmith; spepich@lerachlaw.com; Theresa Traber; Meckes, Joseph A.; Kelly, Michael W.
Subject: RE: Cintas Petition cases

Dear Mark:

Once again, we request courtesy copies of each of the pleadings you filed in these matters against the Veliz opt-in plaintiffs. Whether or not you are correct about our relationship to those individuals in Cintas' newly-filed actions, we are obviously counsel for those individuals in the Veliz lawsuit and arbitration proceedings. Consequently, we cannot conceive of any reason why you refuse to let us have copies of Cintas' filings and refuse to inform us which of our Veliz clients you have sued, in what courts, in what case numbers, and on what dates.

Presumably, these are public documents. If you have a legitimate objection to sharing the requested information with us, please let us know immediately. Otherwise, we assume you will extend the common courtesy of letting us see what you have filed, regardless of your position on the scope of our attorney-client relationship.

Sincerely,

Michael Rubin

---

From: Dosker, Mark C. [mailto:MDosker@SSD.com]
Sent: Monday, March 27, 2006 3:55 PM
To: Michael Rubin
Cc: jimc@lerachlaw.com; Eileen Goldsmith; spepich@lerachlaw.com; Theresa Traber; Meckes, Joseph A.; Kelly, Michael W.

Subject: Cintas Petition cases

Dear Michael:

By my e-mail to you early this morning, I have already given you courtesy copies not only of the text of the Petitions, but also the text of the supporting papers – the text of the supporting Declarations and the text of the supporting Request for Judicial Notice. And as I noted, you already have (and have long had) the exhibits to those items. And previously, on March 22nd, we told you the scope of the Petition cases which Cintas has filed. Please see part 13 of the Joint Case Management Statement we sent to Jim Caputo of your team in draft on March 22nd, and which was e-filed on March 24th.

The first sentence of your e-mail below refers to your "clients". In the "Consent to Sue" forms in the action entitled Veliz et al v. Cintas etc, Case No. C-03-01180 SBA (N.D. Cal.)(hereinafter "the Veliz action"), the persons who filed those completed forms with the Court designated your firm, the Lerach firm, and the Traber firm as their counsel only in the Veliz action. We are not aware of any such individual engaging your firm (or the Lerach firm or the Traber firm) as his or her counsel in any other action such as the Petition cases about which you are asking.

If your firm (and/or the Lerach firm and/or the Traber firm) has been engaged by any of the Respondents in any or all of the Petition case(s) to represent them in such Petition case(s), then:

(a) please let us know which Respondents have actually engaged your firm(s) in the Petition cases in the way required by California Business and Professions Code Sections 6147 and 6148 (i.e., not those persons who have only filed a Consent to Sue form designating your firms as counsel in the Veliz action); and

(b) please have a partner in the relevant firm (e.g., you as to your firm or Steve Pepich as to the Lerach firm or Theresa Traber as to the Traber firm) confirm to us in writing such Respondent(s)' agreement that personal service on the receptionist at that firm will constitute personal service of the summons, Petition, supporting papers, and related papers (e.g., courts' initial scheduling orders etc.) on such Respondent(s) in such Petition case(s).

Upon receipt of the necessary confirmations and agreements under (a) and

(b) above, we will gladly serve such Respondent(s) by delivering full copies of such Petition case papers to the firm -- instead of proceeding as the law regarding service of process in each of those Petition cases otherwise requires.

Very truly yours,

Mark

Mark C. Dosker

---

From: Michael Rubin [mailto:mrubin@altshulerberzon.com]
Sent: Monday, March 27, 2006 9:52 AM
To: Dosker, Mark C.
Cc: jimc@lerachlaw.com; Eileen Goldsmith; spepich@lerachlaw.com; Theresa Traber; Meckes, Joseph A.; Kelly, Michael W.
Subject: RE: Courtesy Copies of Petitions to Compel Arbitration

Dear Mark:

Please provide us immediately with copies of each of the documents that you have filed and served on our clients, including each of the Petitions to Compel Arbitration and supporting declarations. The information you provided by email this morning does not identify how many petitions you filed, when you filed them, which courts you filed in, or which of the Veliz plaintiffs you sued.

Thank you for your prompt attention to this matter.

Sincerely,

Michael Rubin

---

From: Dosker, Mark C. [mailto:MDosker@SSD.com]
Sent: Monday, March 27, 2006 8:30 AM
To: Michael Rubin
Cc: spepich@lerachlaw.com; jimc@lerachlaw.com; Eileen Goldsmith; tmt@tvlegal.com; Meckes, Joseph A.; Kelly, Michael W.
Subject: RE: Courtesy Copies of Petitions to Compel Arbitration

Dear Michael:

The attached items show the text of our papers in the Petition cases (not including exhibits, which copies and information you have long had), as per the last sentence of my e-mail below.

Very truly yours,

Mark

Mark C. Dosker

---

From: Dosker, Mark C.
Sent: Friday, March 24, 2006 10:30 PM
To: Michael Rubin
Cc: Kelly, Michael W.; spepich@lerachlaw.com; jimc@lerachlaw.com; Eileen Goldsmith; Theresa Traber
Subject: RE: Courtesy Copies of Petitions to Compel Arbitration

Dear Michael:

I have just received your e-mail below. As you (or at least Jim Caputo of your team) knew, I had to leave the office at 3:00 p.m. this afternoon on other matters. You sent your e-mail to me after that.

We told Jim Caputo of your team on Wednesday afternoon March 22nd, in our draft Joint Case Management Statement in Veliz et al v. Cintas, that Cintas has filed Petition cases in other District Courts under Section 4 of the Federal Arbitration Act -- as is more fully set forth in part 13 of that statement. We did that before commencing service of process on the Respondents in those Petition cases.

There are no "communications" (your word below) occurring with any opt-in plaintiff in the case of Veliz et al v. Cintas. All that is occurring is service of the summons and the Petition and the accompanying court papers, on the Respondents in each of the Petition cases - which are separate cases in separate courts -- either by personal service by a third party process server or (in the vast majority of instances) by using the standard form established by law for accomplishing service by providing the opportunity for waiver of service by Notice and Acknowledgement of Receipt. This is as authorized by law. Indeed, in pertinent part it is as affirmatively required by law. There is nothing for you to be "investigating" (your word below).

As a courtesy to you, however, when I am back in the office on Monday I

will send you a copy of the text of the Petition and of the accompanying court papers which we and our local co-counsel have filed in the Petition cases.

Very truly yours,

Mark

Mark C. Dosker

From: Michael Rubin [mailto:mrubin@altshulerberzon.com]
Sent: Fri 3/24/2006 3:43 PM
To: Dosker, Mark C.
Cc: Kelly, Michael W.; spepich@lerachlaw.com; jimc@lerachlaw.com; Eileen Goldsmith; Theresa Traber
Subject: Courtesy Copies of Petitions to Compel Arbitration

Dear Mark:

Earlier today we were informed that your office is serving as many as 1,900 of the individual opt-in plaintiffs with copies of Cintas'

Petitions to Compel Arbitration. We are concerned about these direct communications with the opt-in plaintiffs and are presently

investigating their propriety. At this time, we do not know the extent of your communications or contacts. As a first step in our

investigation, we request that you hand-deliver to our office a copy of all communications that you or your client have authorized to be sent to the opt-in plaintiffs. I am sure you can appreciate the urgency of this request, and consequently we further

request that these copies be transmitted immediately.

Sincerely,

Michael Rubin

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies.

**CC:** <spepich@lerachlaw.com>, <jimc@lerachlaw.com>, "Theresa Traber" <tmt@tvlegal.com>, "Eileen Goldsmith" <egoldsmith@altshulerberzon.com>, "Kelly, Michael W." <MKelly@ssd.com>, "Meckes, Joseph A." <JMeckes@SSD.com>

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 655 West Broadway, Suite 1900, San Diego, California 92101.

2. That on March 31, 2006, declarant served the VELIZ PLAINTIFFS' EMERGENCY REQUEST TO EXPEDITE RESOLUTION OF TRANSFER MOTION UNDER 28 U.S.C. §1407 by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. Pursuant to Rule 5.12 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, copies will be filed in each district court in which an action is pending that will be affected by this motion.

4. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 31st day of March, 2006, at San Diego, California.

JUNE P. ITO

Counsel for Petitioners

Theodore J. Pintar
Steven W. Pepich
James A. Caputo
Lawrence A. Abel
Helen I. Zeldes
**Lerach Coughlin Stoia Geller Rudman & Robbins LLP**
655 West Broadway, Suite 1900
San Diego, CA 92101
Tel: 619/231-1058
Fax: 619/231-7423

Albert H. Meyerhoff
**Lerach Coughlin Stoia Geller Rudman & Robbins LLP**
9601 Wilshire Blvd., Suite 510
Los Angeles, CA 90210
Tel: 310/859-3100
Fax: 310/278-2148

Nancy M. Juda
**Lerach Coughlin Stoia Geller Rudman & Robbins LLP**
1100 Connecticut Avenue, N.W.
Suite 730
Washington, DC 20036
Tel: 202/822-6762
Fax: 202/828-8528

Michael Rubin
Scott A. Kronland
Eileen B. Goldsmith
**Altshuler, Berzon, Nussbaum, Rubin & Demain**
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415/421-7151
Fax: 415/362-8064

Theresa M. Traber
Vanessa H. Eisemann
**Traber & Voorhees**
128 No. Fair Oaks Avenue, Suite 204
Pasadena, CA 91103
Tel: 626/585-9611
Fax: 626/577-7079

Counsel for Respondent Cintas Corporation

T. Joshua Archer
**Balch & Bingham LLP**
3535 Piedmont Road
14 Piedmont Center, Suite 1100
Atlanta, GA 30305
Tel: 404/261-6020

Brentley Tyler Cobb
Douglas Brian Kauffman
M. Jefferson Starling, III
**Balch & Bingham**
1710 6th Avenue North
PO Box 306
Birmingham, AL 35201-0306
Tel: 205/251-8100
Fax: 205/266-8798

James H. Elliott
**Barnwell Whaley Patterson and Helms**
885 Island Park Drive
Charleston, SC 29492-0197
Tel: 843/577-7700
Fax: 843/577-7708

Daniel W Glavin
Randall J Nye
rnye@bkslegal.com
**Beckman Kelly & Smith**
5920 Hohman Avenue
Hammond, IN 46320-2423
Tel: 219/933-6200
Fax: 219/933-6201

Dmitry Shifrin
Steven Russell Smith
William J. Wortel
**Bryan Cave LLP**
161 North Clark Street
Suite 4300
Chicago, IL 60601
Tel: 312/602-5060
Fax: 312/602-5050

Elaine D. Koch
James D. Lawrence
**Bryan Cave LLP**
3500 One Kansas City Place
1200 Main Street
Kansas City, MO 64105-2100
Tel: 816/374-3200 x3235
Fax: 816-374-3300

Charles B. Jellinek
**Bryan Cave LLP**
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750
Tel: 314/259-2000
Fax: 314/259-2020

Kevin Richard Tully
Howard Carter Marshall
Terry Christovich Gay
**Christovich & Kearney, LLP**
Pan American Life Center
601 Poydras St., Suite 2300
New Orleans, LA 70130-6078
Tel: 504/561-5700
Fax: 504/561-5743

Todd D. Kilpatrick
**Coughlin, Gerhart Law Firm**
P.O. Box 2039
20 Hawley Street
Binghamton, NY 13902-2039
Tel: 607/723-9511
Fax: 607/723-1530

Thomas D. Goldberg
**Day, Berry & Howard**
One Canterbury Green
Stamford, CT 06901-2047
Tel: 203/977-7383
Fax: 203/977-7301

C. Timothy Hopkins
Steven K. Brown
**Hopkins Roden Crockett Hansen & Hoopes**
P.O. Box 51219
Idaho Falls, ID 83405-1219
Tel: 208/523-4445
Fax: 203/523-4474

Beth L Steffan
Timothy D Kelly
**Kelly & Berens, PA**
80 S 8th St Ste 3720
Minneapolis, MN 55402
Tel: 612/349-6171
Fax: 612/349-6416

Stephen E Kravit
Sarah J Friday
John F Hovel
**Kravit Hovel Krawczyk & Leverson SC**
825 N Jefferson St - 5th Fl
Milwaukee, WI 53202
Tel: 414/271-7100
Fax: 414/271-8135

Thomas Finarelli
Wayne A. Graver
**Lavin, O'Neil, Ricci, Cedrone & DiSipio**
190 N. Independence Mall West, Suite 500
Philadelphia, PA 19106
Tel: 215/627-0303
Fax: 215/627-2551

Hugh Peterson, III
**McNatt, Greene & Peterson**
P.O. Drawer 1168
Vidalia, GA 30475-1168
Tel: 912/537-9343
Fax: 912/537-2658

Jay Eaton
**Nyemaster Goode Voigts West Hansell & O'Brien, PC**
700 Walnut
Suite 1600
Des Moines, IA 50309
Tel: 515/283-3100
Fax: 515/283-3108

Damon J. Georgelas
Erik A. Christiansen
**Parsons Behle & Latimer**
201 S. Main Street, Suite 1800
P.O. Box 45898
Salt Lake City, UT 84145-0898
Tel: 801/532-1234
Fax: 801/536-6111

Matthew M. Enenbach
Robert M. Slovek
**Kutak, Rock Law Firm**
1650 Farnam Street
Omaha, NE 68102-2186
Tel: 402/346-6000
Fax: 402/346-1148

Wayne John Positan
**Lum, Danzis, Drasco & Positan, LLC**
103 Eisenhower Parkway
Roseland, NJ 07068-1049
Tel: 973/403-9000
Fax: 973/403-9021

Jason A. Cincilla
**Morris, Nichols, Arsht & Tunnell**
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Tel: 302/658-9200
Fax: 302/658-3989

Norman H. Kirshman
Robert L Rosenthal
**Parsons Behle & Latimer**
411 E. Bonneville
Suite 300
Las Vegas, NV 89101
Tel: 702/384-3877
Fax: 702/599-6023

Douglas M. Todd
Thomas G. Wolfe
**Phillips McFall McCaffrey McVay & Murrah, PC**
One Leadership Square
211 N. Robinson
Twelfth Floor
Oklahoma City, OK 73102
Tel: 405/235-4100
Fax: 405/235-4133

Robert M Howie
Skylar A Sherwood
**Riddell Williams PS**
1001 Fourth Avenue
Suite 4500
Seattle, WA 98154
Tel: 206/624-3600
Fax: 206/389-1708

Amanda T. Gamblin
David W. Axelrod
**Schwabe, Williamson & Wyatt PC**
1600-1900 Pacwest Center
1211 S.W. Fifth Avenue
Portland, Or 97204
Tel: 503/796-2903
Fax: 503/796-2900

Pierre H. Bergeron
**Squire, Sanders & Dempsey**
312 Walnut Street
Suite 3500
Cincinnati, OH 45202-4036
Tel: 513/361-1289
Fax: 513/361-1201

Steven Bradley Harris
Mark S Armstrong
**Squire Sanders & Dempsey**
600 Travis
6250 Chase Tower
Houston, TX 77002
Tel: 713/546-5850
Fax: 713/546-5830

Jeffrey E. Storch
**Squire Sanders & Dempsey LLP**
350 Park Avenue
New York, NY 10022-6022
Tel: 212/872-9800
Fax: 212/872-9815

Paul W. Chaiken
Phillip D. Buckley
**Rudman & Winchell**
84 Harlow Street
P.O. Box 1401
Bangor, ME 04401
Tel: 207/947-4501
Fax: 207/941-9715

James K. Dorsett, III
Michael R. Gordon
**Smith Anderson Blount Dorsett Mitchell & Jernigan**
P.O. Box 2611
Raleigh, NC 27602-2611
Tel: 919/821-1220
Fax: 919/821-6800

James Dean Thomas
Philip Oliss
Stacy D. Ballin
**Squire Sanders & Dempsey LLP**
4900 Key Tower
127 Public Sq.
Cleveland, OH 44114
Tel: 216/479-8500
Fax: 216/479-8780

Carlotta Justine Roos
**Squire, Sanders & Dempsey LLP**
Wachovia Financial Center
200 S. Biscayne Blvd., Suite 4000
Miami, FL 33131-2398
Tel: 305/577-7000
Fax: 305/577-7001

Joseph A. Meckes
Mark C. Dosker
Michael W. Kelly
Sara Kathryn Regan
Rodney R. Patula
**Squire Sanders & Dempsey**
1 Martime Plaza, Suite 300
San Francisco, CA 94111-3492
Tel: 415/954-0200
Fax: 415/393-9887

John Anson Burlingame
**Squire Sanders and Dempsey LLP**
1201 Pennsylvania Ave NW Ste 500
PO Box 407
Washington, DC 20004-0407
Tel: 202/626-6600
Fax: 202/626-6780

Dudley Collier Graham, Jr.
Jeremy L. Birdsall
**Wise, Carter, Child & Caraway**
P. O. Box 651
Jackson, MS 39205-0651
Tel: 601/968-5500
Fax: 601/968-5593

Thomas W. Lyons, III
**Strauss, Factor, Laing & Lyons**
222 Richmond Street
Suite 208
Providence, RI 02903-2914
Tel: 401/456-0700
Fax: 401/421-4730