UNITED STATE DISTRICT COURT, DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **CINTAS CORPORATION**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**JOSEPH E. EDWARDS, ET AL.,**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO.<br>**06-112S**<br><br>AFFIDAVIT OF SERVICE OF:<br>**SUMMONS; CIVIL COVER SHEET; DISCLOSURE STATEMENT; PETITION FOR ORDER DIRECTING ARBITRATION; REQUEST FOR JUDICIAL NOTICE; ORDER; JOINT STATEMENT OF THE PARTIES; EXHIBITS A-K; PLAINTIFF/DEFENDANTS MOTIONS; REPORTER'S TRANSCRIPT; CLASS ACTION ORDER; ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION; DECLARATION OF MARK C. DOSKER; DECLARATION OF JENICE CLENDENING; EMPLOYMENT AGREEMENT EXHIBITS** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein.

On the **7th day of April, 2006, at 9:30 AM**, at the address of **489 PAGE Street , AVON, Norfolk County, MA** ; this affiant served the above described documents upon **MICHAEL MEDEIROS**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Julie Friday, Live in girlfriend of defendant, DOB 08/23/64, W/F,5'07,130lbs,Blk hair**, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode or verified place of employment of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of **Rhode Island** that the statement above is true and correct.

**Michael Parker**

SUBSCRIBED AND SWORN to before me this 7th day of April, 2006

NOTARY PUBLIC in and for the State of **Massachusetts**

ABC's Client Name
**LexisNexis File & Serve**
**10927479**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **8200408**

MICHAEL C. MOORE
Notary Public
Commonwealth of Massachusetts
My Commission Expires February 19, 2010

AO 440 (Rev. 10/93) mmons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

CINTAS CORPORATION

V.

JOSEPH E. EDWARDS, ET AL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-112S

TO: (Name and address of Defendant)

MICHAEL MEDEIROS
489 PAGE STREET
AVON, MA 02322

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

THOMAS W. LYONS
STRAUSS, FACTOR, LAING & LYONS
222 RICHMOND STREET, SUITE 208
PROVIDENCE, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

3-24-06

DATE

[signature]

(By) DEPUTY CLERK