STRAUSS, FACTOR, LAING & LYONS
Thomas W. Lyons (#2946)
Lisa A. Pinsonneault (#5979)
222 Richmond Street, Suite 208
Providence, RI 02903
Telephone: 1-401-456-0700
Facsimile: 1-401-421-4730

SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker (CA Bar #114789)
Michael W. Kelly (CA Bar #214038)
Joseph A. Meckes (CA Bar # 190279)
One Maritime Plaza, Third Floor
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887

Attorneys for Petitioner
CINTAS CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

| | |
|---|---|
| CINTAS CORPORATION, a Washington Corporation,<br><br>Petitioner,<br><br>vs.<br><br>JOSEPH E. EDWARDS, RONALD LABRECQUE, MICHAEL MEDEIROS, DANIEL V. SHEEHAN, STEVEN WIEHL, individuals,<br><br>Respondents. | Case No. 06-112S<br><br>**NOTICE OF LODGMENT BY PETITIONER CINTAS CORPORATION OF COPY OF PAPERS FILED WITH THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

Petitioner Cintas Corporation hereby lodges with this Court a copy set of the following papers, which it has filed on April 27, 2006 with the Judicial Panel on Multidistrict Litigation:

1. RESPONSE BRIEF BY CINTAS CORPORATION IN OPPOSITION TO MOTION TO TRANSFER AND CONSOLIDATE PURSUANT TO 28 U.S.C. §1407;

2. RESPONSE BY CINTAS CORPORATION TO AVERMENTS IN MOTION TO TRANSFER AND CONSOLIDATE PURSUANT TO 28 U.S.C. §1407;

3. REQUEST FOR JUDICIAL NOTICE SUBMITTED WITH RESPONSE BY CINTAS CORPORATION IN OPPOSITION TO MOTION TO TRANSFER AND CONSOLIDATE PURSUANT TO 28 U.S.C. §1407;

4. APPENDIX OF AUTHORITIES (LEGISLATIVE HISTORY MATERIALS) SUBMITTED WITH RESPONSE BY CINTAS CORPORATION IN OPPOSITION TO MOTION TO TRANSFER AND CONSOLIDATE PURSUANT TO 28 U.S.C. §1407; and

5. DECLARATION OF MARK C. DOSKER SUBMITTED WITH RESPONSE BY CINTAS CORPORATION IN OPPOSITION TO MOTION TO TRANSFER AND CONSOLIDATE PURSUANT TO 28 U.S.C. §1407.

Respectfully submitted,

Dated: April 28, 2006

STRAUSS, FACTOR, LAING & LYONS

By: [signature]

Thomas W. Lyons (#2946)
Lisa A. Pinsonneault (#5979)
222 Richmond Street, Suite 208
Providence, RI 02903
Telephone: 1-401-456-0700
Facsimile: 1-401-421-47

Tlyons@straussfactor.com

Of Counsel:

SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker (CA Bar #114789)
Michael W. Kelly (CA Bar #214038)
Joseph A. Meckes (CA Bar # 190279)
One Maritime Plaza, Third Floor
San Francisco, CA 94111-3492
Attorneys for Petitioner

CINTAS CORPORATION