UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED APR 21 2006

CINTAS CORPORATION

VS. Dkt. No. 06-112S

JOSEPH E. EDWARDS, RONALD LABRECQUE, MICHAEL MEDEIROS, DANIEL V. SHEEHAN and STEVEN WIEHL

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff Cintas Corporation hereby moves that Michael W. Kelly be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Cintas Corporation
Plaintiff
By: Thomas W. Lyons
Bar ID No.: 2946
Strauss, Factor, Laing & Lyons
222 Richmond Street, Suite 208
Providence, RI 02903

DATED: March 27, 2006

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing in the bar of the States of California and Ohio (inactive) and of the following Federal District Court and/or Court of Appeals Bar(s): United States Court of Appeal for the Fifth Circuit; United States Court of Appeals for the Sixth Circuit; United States Court of Appeals for the Ninth Circuit; United States District Court for the Northern District of California; United States District Court for the Eastern District of California; United States District Court for the Southern District of California; United States District Court for the Western District of Texas and United States District Court for the Northern District of Ohio, and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my *pro hac vice* status revoked by any court.

(3) I have never been convicted of any crime other than minor traffic offenses.

(4) I have not been admitted or applied to be admitted *pro hac vice* in any case in this District during the past 12 months.

(5) I understand my obligation to notify this Court immediately of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Michael W. Kelly [signature]
Signature of *Pro Hac Vice* Applicant

Michael W. Kelly 214038/CA
Michael W. Kelly 0059386/OH
Print Name State Bar ID#
Squire, Sanders & Dempsey, LLP
Firm Name

One Maritime Plaza, Suite 300
San Francisco, CA
Business Address

415-954-0200 415-393-9887
Tel. # Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Thomas W. Lyons [signature]
Signature of Local Counsel
Thomas W. Lyons 2946
Print Name R.I. Bar ID#

Strauss, Factor, Laing & Lyons
222 Richmond Street, Suite 208
Providence, RI 02903
Firm and Business Address

401-456-0700 401-421-4730
Tel. # Fax #

---

**ORDER**

This motion is hereby GRANTED

[signature]
~~District Judge~~ USMJ
Date: 5/4/06