FILED
MAY 8 '06

BEFORE THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re CINTAS CORP. OVERTIME PAY ARBITRATION LITIGATION ) | MDL No. 1781 |

**DECLARATION OF STEVEN W. PEPICH IN SUPPORT OF THE *VELIZ* PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO TRANSFER AND CONSOLIDATE ACTIONS UNDER 28 U.S.C. §1407**

I, STEVEN W. PEPICH, declare as follows:

1. I am a member of the State Bar of California and the bars of numerous United States District Courts including the District Court for the Northern District of California. I am a partner in the San Diego law firm of Lerach Coughlin Stoia Geller Rudman & Robbins, which is co-counsel for the plaintiffs in *Paul Veliz et al. v. Cintas Corporation*, Case No. 03-1180 SBA (the "*Veliz* Action"), which is pending before the Hon. Saundra Brown Armstrong. I am also counsel for petitioners in this MDL proceeding. Approximately 1,900 of the plaintiffs in the *Veliz* action are Respondents in the 70 related actions filed by Cintas in District Courts around the country.

2. The following are true and correct copies of the matters described:

| | |
|---|---|
| Exhibit 1: | Answer to Demand for Classwide Arbitration, filed by Cintas on July 9, 2004; |
| Exhibit 2: | Letter from AAA Case Manager Karen Fontaine to counsel for the parties on July 9, 2004; and |
| Exhibit 3: | Claimants' Clause Construction Opening Brief, filed February 9, 2006. |

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct and that this declaration is executed this 3rd day of May 2006 in San Diego, California.

STEVEN W. PEPICH

S:\CasesSD\Cintas\MDL\dec00030632.doc