# EXHIBIT 2

American Arbitration Association
*Dispute Resolution Services Worldwide*

[...]heast Case Management Center
Catherine Shanks
Vice President

Christopher Fracassa, Yvonne Nelson
Assistant Vice Presidents

950 Warren Avenue, East Providence, RI 02914
telephone: 866-293-4053 facsimile: 401-435-6529
Internet: http://www.adr.org/

# FAX

Date: July 9, 2004

To
Theodore J. Pintar and Steven W. Pepich
Albert H. Meyerhoff
Nancy M. Juda
Milberg, Weiss, Bershad, Hynes & Lerach
401 B Street, Suite 1700
San Diego, CA 92101

Michael Rubin and Scott A. Kronland
Eileen Goldsmith
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, CA 94108

Theresa M. Traber and Stefanie Kim Gluckman
Traber & Voorhees
128 No. Fair Oaks Avenue, Suite 204
Pasedena, CA 91103

Mark C. Dosker
Michael Kelly
Angela O'Rourke
Cheryl A. Hipp
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza, suite 300
San Francisco, CA 94111

Fax Number: 619-231-7423, 213-617-9185, 202-828-8528, 415-362-8064, 626-577-7079, and 415-391-2493

From: Karen Fontaine

Number of Pages: 47 (including cover)

Re: 11 160 01323 04
Paul Veliz, et al., On Behalf of Themselves and
Others Similarly Situated
and
Cintas Corporation

THIS FAX TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE PERSON TO WHOM IT IS ADDRESSED. IT MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED OR OTHERWISE EXEMPT FROM DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT OR THE PERSON AUTHORIZED TO DELIVER THIS FAX TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OF THIS FAX IS PROHIBITED. IF YOU HAVE RECEIVED THIS FAX IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AT THE NUMBER LISTED ABOVE AND RETURN THE ORIGINAL FAX TO US BY FIRST CLASS MAIL AT THE ABOVE ADDRESS.

**Exhibit 2**

American Arbitration Association
*Dispute Resolution Services Worldwide*

Northeast Case Management Center
Catherine Shanks
Vice President

Christopher Fracassa, Yvonne Nelson
Assistant Vice Presidents

950 Warren Avenue, East Providence, RI 02914
telephone: 866-293-4053 facsimile: 401-435-6529
internet: http://www.adr.org/

VIA FACSIMILE W/ENCL

July 9, 2004

Eileen Goldsmith
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, CA 94108

Theodore J. Pintar and Steven W. Pepich
Milberg, Weiss, Bershad, Hynes & Lerach
401 B Street, Suite 1700
San Diego, CA 92101

Albert H. Meyerhoff
Milberg Weiss Bershad Hynes & Lerach LLP
355 South Grand Avenue, Suite 4170
Los Angeles, CA 90071

Nancy M. Juda
Milberg Weiss Bershad Hynes & Lerach LLP
1100 Connecticut Avenue, N.W.
Suite 730
Washington, DC 20036

Michael Rubin and Scott A. Kronland
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, CA 94108

Theresa M. Traber and Stefanie Kim Gluckman
Traber & Voorhees
128 No. Fair Oaks Avenue, Suite 204
Pasadena, CA 91103

Mark C. Dosker
Michael Kelly
Angela O'Rourke
Cheryl A. Hipp
Squire, Sanders & Dempsey L.L.P.
One Maritime Plaza, suite 300
San Francisco, CA 94111

Re: 11 160 01323 04
Paul Veliz, et al., On Behalf of Themselves and
Others Similarly Situated
and
Cintas Corporation

Dear Parties:

This will confirm a telephone call on July 7, 2004, with the parties or their representatives wherein the following matters were discussed:

This will acknowledge receipt of a letter dated July 8, 2004, from Michael Rubin; a copy of which we note has been exchanged with the other party.

Both the National Rules for the Resolution of Employment Disputes, as Amended and In Effect January 1, 2004, and the Supplemental Rules for Class Actions, in Effect as of October 8, 2003, are governing this matter. Please be advised that where the two Rules contradict each other, the Class Action Rules will take precedence. Please also note that the Class Action Rules consist of the following four phases:

1. The Clause Construction Phase: During this phase the arbitrator will decide whether the parties' contract/arbitration clause allows for class actions. If the arbitrator determines that the clause does not allow class actions, this matter will be closed and Claimants will be required to file individual cases for each of the class participants. However, if the arbitrator determines that the clause does allow for class actions, the case will be stayed for 30 days to allow the Award to be entered/appealed in the courts.

2. The Class Certification Phase: During this phase the arbitrator will determine whether to certify the class or not. Again, if the arbitrator determines not to certify the class, the matter will be closed and Claimants will be required to file individual cases for each of the class participants. However, if the arbitrator determines to certify the class, the case will again be stayed for 30 days to allow the Award to be entered/appealed in the courts.

3. The Class Notification Phase: During this phase the arbitrator will work with the parties to determine the appropriate means for notifying all potential class participants.

4. The Merit Phase: During this phase hearings will be scheduled and held for the purpose of determining the merits of the issues.

Claimant has requested San Francisco, California as the locale. Respondent does not object to the locale for The Clause Construction Phase.

The checklist for conflicts shall be returned by **June 9, 2004.**

In accordance with the Rules, if Respondent does not answer **on or before June 9, 2004,** we will assume that the claim is denied. If Respondent wishes to counterclaim, file the appropriate number of copies, together with the administrative fee, to the attention of the undersigned. A copy should be directly sent to Claimant.

The Association will provide the parties with a list of arbitrators with this letter; and the list shall consist of 10 commercial arbitrators, with employment experience and 10 employment arbitrators, all of which shall come from the Association's Class Action Roster.

Parties shall advise the Association **on or before July 16, 2004** as to the number of arbitrators they are requesting. If the parties are unable to agree to the number of arbitrators the Association shall make a final and binding decision based on the parties contentions. If the parties agree to proceed with three arbitrators, a supplemental list of regional arbitrators can be provided for the purpose of selecting the additional two arbitrators.

The Association will require advance deposits once the arbitrator is appointed. These deposits are calculated on the number of days the parties have suggested will be necessary, in addition to the pre and post hearing time that the arbitrator may charge pursuant to the arbitrator's resume.

In order to expedite administration, please direct all further correspondence to the address listed above. In closing, we call your attention to Section nine (9) of the Supplemental Rules for Class Actions, which states:

*All class action arbitration hearings and filings may be made public.*

The Class Action Docket may be found on our website (www.adr.org) and contains information on the parties, the parties' representatives, the hearings scheduled, and the Awards rendered in this matter.

Please do not hesitate to contact the undersigned should you have a question.

Sincerely,

Karen Fontaine
Case Manager
401 431 4798
fontainek@adr.org

Jacqueline N. Pelphrey
Supervisor
401 431 4817
Pelphreyj@adr.org

VIA FACSIMILE
Encl. arbitrator list and resumes