STRAUSS, FACTOR, LAING & LYONS
Thomas W. Lyons (#2946)
Lisa A. Pinsonneault (#5979)
222 Richmond Street, Suite 208
Providence, RI 02903
Telephone: 1-401-456-0700
Facsimile: 1-401-421-4730

RECEIVED
MAY 12 '06
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

SQUIRE, SANDERS & DEMPSEY L.L.P.
Mark C. Dosker (CA Bar #114789)
Michael W. Kelly (CA Bar #214038)
Joseph A. Meckes (CA Bar # 190279)
One Maritime Plaza, Third Floor
San Francisco, CA 94111-3492
Telephone: +1.415.954.0200
Facsimile: +1.415.393.9887

Attorneys for Petitioner
CINTAS CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

**CINTAS CORPORATION, a Washington Corporation,**
**Petitioner,**
**vs.**
**JOSEPH E. EDWARDS, RONALD LABRECQUE, MICHAEL MEDEIROS, DANIEL V. SHEEHAN, STEVEN WIEHL, individuals,**
**Respondents.**

Case No. 06-112S

**STIPULATION AND ORDER RE:**
**(1) SERVICE OF PROCESS, AND**
**(2) STAYING FURTHER PROCEEDINGS PENDING DECISION ON MOTION BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TO TRANSFER AND CONSOLIDATE UNDER 28 U.S.C. §1407**

WHEREAS, Cintas Corporation ("Cintas") initiated this Petition proceeding in this Court by filing its Petition for Order Directing Arbitration to Proceed in the Manner Provided for in Written Agreement for Arbitration, in Accordance with the Terms of the Agreement, Pursuant to 9 U.S.C. §4 ("this Petition proceeding");

WHEREAS, the Respondents in this Petition proceeding, whom the undersigned Respondents' counsel hereby confirm they represent, are individuals who filed Consent-to-Sue forms pursuant to the Fair Labor Standards Act, 29 U.S.C. Section 216(b), in the action entitled *Veliz et al. v. Cintas Corporation,* Case No. C 03-1180 SBA (N.D. Cal.) (the "*Veliz* Litigation");

WHEREAS, *Veliz* Plaintiffs' Counsel have filed with the Judicial Panel on Multidistrict Litigation ("JPML") the *Veliz* Plaintiffs' Motion to Transfer and Consolidate Pursuant to 28 U.S.C. §1407 ("MDL Motion"), which motion Cintas opposes;

WHEREAS, the MDL Motion seeks to transfer and consolidate this proceeding with 69 other Petition proceedings initiated by Cintas in other federal district courts, for pretrial proceedings before the United States District Court for the Northern District of California;

WHEREAS, each of the respective parties' agreement to each and all of the matters herein is conditioned upon the Court's approval, by entry of the Order stipulated to herein, of this entire Stipulation and Order as written;

NOW, THEREFORE, the parties hereto, by and through their respective undersigned counsel, hereby stipulate to an Order as follows:

1. No part of this Stipulation and Order is effective unless the Court accepts every part of it as written, by entering the Order as set forth herein.
2. Upon the effective date of this Stipulation and Order and delivery to one of Respondents' undersigned counsel of all documents required to be served upon Respondents in connection with this Petition proceeding (which delivery may

occur either before or after the effective date of this Stipulation and Order), service of the Summons issued by this Court in connection with this Petition proceeding and service of the Petition and all other documents required to be served upon Respondents in this proceeding as of the date the undersigned counsel signed this Stipulation and Order are deemed complete by virtue of the acceptance by Respondents' undersigned counsel of service on their behalf, pursuant to Fed. R. Civ. P. 4(e)(2), which acceptance is hereby acknowledged. Entry of the Order by the Court on this Stipulation and Order shall constitute the Proof of Service as to each Respondent as to whom Cintas has not already filed a Proof of Service.

3. By no later than the effective date of this Stipulation and Order, Cintas will cease efforts to serve process directly upon Respondents in this Petition proceeding.

4. From the effective date of this Stipulation and Order, this Petition proceeding shall be stayed, except as otherwise provided in this Stipulation and Order, until 30 days after the JPML issues its decision on the pending MDL Motion; provided, however, that if the MDL Motion is granted, nothing herein shall operate as any stay in any transferee Court to which this Petition proceeding may be transferred by order of the JPML.

5. The stay issued pursuant to this Stipulation and Order does not apply to the filing and entry of any Request for Dismissal as to any Respondent, so that if a resolution of claims occurs as between Cintas and a Respondent, the entry of dismissal of such a Respondent from this Petition proceeding will not be stayed.

6. This Stipulation and Order may be executed in separate counterparts by each of the parties hereto, and such executed counterparts may be exchanged by facsimile or

electronically, but all such counterparts taken together shall form but one and the same Stipulation and Order.

7. The date that this Stipulation and Order shall become effective is the date the Order on it is entered by the Court and filed on the Court's electronic filing system.

Dated: May 12, 2006

STRAUSS, FACTOR, LAING & LYONS
SQUIRE, SANDERS & DEMPSEY L.L.P.

By: ______________________
Thomas W. Lyons

Attorneys for Petitioner
CINTAS CORPORATION

Dated: May 12, 2006

LERACH COUGHLIN STOIA GELLER
RUDMAN AND ROBBINS LLP

By: ________ /s/ ________
Steven W. Pepich

ALTSHULER, BERZON, NUSSBAUM,
RUBIN & DEMAIN

By: ________ /s/ ________
Michael Rubin

TRABER & VOOHEES

By: ________ /s/ ________
Theresa M. Traber

ATTORNEYS FOR RESPONDENTS

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May ____, 2006

United States District Judge

5/11/06